AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**David JIMENEZ-Puga**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  5:19-MJ-509<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 22, 2019** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(b)(2) | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about April 22, 2019 the defendant David JIMENEZ-Puga was apprehended near Laredo, Texas. After a brief interview it was determined that, David JIMENEZ-Puga was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that David JIMENEZ-Puga was previously REMOVED from the United States on November 28, 2006 at Calexico, California. There is no record that David JIMENEZ-Puga has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Juan Arteaga
*Complainant's signature*

Juan Arteaga, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: April 25, 2019

*Judge's signature*

City and state: Laredo, Texas

Sam Sheldon, U.S. Magistrate Judge
*Printed name and title*